RETURN TO SENDER
INCOMPLETE INFORMATION
NEED SID NUMBER AND UNIT
LOCATION TO IDENTIFY



?O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
0 2 1M          $ 00.40⁶
0004279596   APR 01 2015
MAILED FROM ZIP CODE 78701

RE: WR-82,642-01

TDC # 1642639

U TF